UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY JAMES CHERRY,<br><br>Defendant. | CASE NO. CR18-0146-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to continue his trial date (Dkt. No. 19) and speedy trial waiver (Dkt. No. 20). Defendant seeks additional time to review evidence, request additional discovery, perform an investigation, consider defenses, and consult with experts. (Dkt. No. 19 at 1.) In light of the circumstances Defendant presents, the Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B). The Court also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective representation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

1    For the foregoing reasons, Defendant's motion to continue trial (Dkt. No. 19) is
2 GRANTED. Trial in this matter is continued to March 4, 2019 at 9:30 a.m. All pretrial motions
3 must be filed no later than January 7, 2019. The Court further ORDERS that the period of time
4 from the date of this order until the new trial date shall be excludable time pursuant to the
5 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).
6    DATED this 17th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0146-JCC
PAGE - 2