THE HONORABLE JOHN C. COUGHENOUR
CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-146-JCC |
| Plaintiff, | (~~PROPOSED~~) ORDER GRANTING THE UNOPPOSED MOTION TO MODIFY TERMS OF PRETRIAL RELEASE |
| v. | |
| JEREMY JAMES CHERRY, | |
| Defendant. | |

THE COURT has considered the unopposed motion to modify the terms of pretrial release and records and files herein.

THE COURT GRANTS / DENIES the request to modify the pretrial release terms to suspend or delete the third-party requirement between October 31, 2018 and November 16, 2018

DONE this 12th day of Sept, 2018.

_____
BRIAN A. ~~TSICHIDA~~ TSUCHIDA
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Jeremy James Cherry

ORDER GRANTING MOTION TO MODIFY
TERMS OF PRETRIAL RELEASE - 1
*USA v. Cherry* / CR18-146-JCC

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100