THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-146-JCC |
| Plaintiff, | ) ) ) | (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITION OF APPEARANCE BOND |
| v. | ) ) | |
| JEREMY JAMES CHERRY, | ) ) | |
| Defendant. | ) ) | |

THE COURT has considered the unopposed motion to modify the condition of the defendant's Appearance Bond, and the records and files herein.

THE COURT GRANTS the request to modify Mr. Cherry's Appearance Bond by deleting the Home Detention language in the original Bond, and the language of the location monitoring curfew component be added as follows:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The Defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

All other supervised release conditions in the Appearance Bond shall remain in effect.

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITION OF APPEARANCE
BOND - 1
*USA v. Cherry* / CR18-146-JCC

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS SO ORDERED.

DONE this 13 day of Feb., 2019.

_____
~~JOHN C. COUGHENOUR~~ Brian Tsuchida
UNITED STATES ~~DISTRICT~~ JUDGE
MAgistrate

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Jeremy James Cherry

ORDER GRANTING UNOPPOSED MOTION
TO MODIFY CONDITION OF APPEARANCE
BOND  - 2
*USA v. Cherry* / CR18-146-JCC

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**