UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0146-JCC |
| Plaintiff, | ORDER |
| v. | |
| JEREMY JAMES CHERRY, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 57). The motion concerns two pieces of property: (1) a Seagate external hard drive, serial number NA03LK2P, and (2) a Zalman desktop computer. (*See* Dkt. No. 57 at 1.) Having considered the motion and the relevant record, the Court FINDS that forfeiture is appropriate for the following reasons:

- On June 4, 2019, the Court entered a preliminary order of forfeiture (Dkt. No. 44) that found the above-identified electronics forfeitable pursuant to 18 U.S.C. § 2253(a) and that forfeited Defendant Jeremy Cherry's interest in them;

- Thereafter, the United States published notice of the forfeiture (Dkt. No. 51) as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), and the United Sates provided direct notice to a potential claimant as required by Rule 32.2(b)(6)(A), (*see* Dkt. No. 57-1); and

- The time for filing third-party petitions expired, and none were filed, (*see id.* at 2).

Given the Court's findings, the Court GRANTS the motion and ORDERS that:

1. No right, title, or interest in the above-listed electronics exists in any party other than the United States;
2. The electronics are fully and finally condemned and forfeited, in their entirety, to the United States; and
3. The United States Department of Homeland Security, Homeland Security Investigations, and/or their representatives are authorized to dispose of the electronics as permitted by governing law.

DATED this 18th day of October 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE